# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PARIS I. MONTANA,<br><br>        Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL CORPORATION and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | 2:15-cv-01064-JAD-VCF<br>**ORDER** |

      Before the court is Plaintiff's Stipulation for Extension of Time for Defendant to File a Response to Plaintiff's Complaint (#12). This stipulation is only signed by Plaintiff.

      IT IS HEREBY ORDERED that a hearing on Plaintiff's Stipulation for Extension of Time for Defendant to File a Response to Plaintiff's Complaint (#12) is scheduled for 10:00 a.m., February 1, 2016, in courtroom 3D.

      DATED this 15th day of January, 2016.

 

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE