**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| PARIS I. MONTANA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL CORPORATION and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | 2:15-cv-01064-JAD-VCF<br>**<u>ORDER</u>** |

　　　　Before the court is the Stipulation for Extension of Time for Defendant Credit Control Corporation to File a Response to Plaintiff's Complaint. (#12). On January 27, 2016, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice of Defendant Credit Control Corporation (#14).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that the Stipulation for Extension of Time for Defendant Credit Control Corporation to File a Response to Plaintiff's Complaint (#12) is DENIED as MOOT.

　　　　DATED this 2nd day of February, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE