Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Paris I. Montana*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Paris I. Montana,<br><br>       Plaintiff,<br><br>v.<br><br>Credit Control Corporation and Experian Information Solutions, Inc.<br><br>       Defendants. | Case No.: 2:15-cv-01064-JAD-VCF<br><br>**INTERIM STATUS REPORT PURSUANT TO LOCAL RULE 26-3** |

Plaintiff Paris I. Montana ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian" or "Defendant") (jointly as the "Parties") through their respective counsel, hereby submit this Interim Status Report Pursuant to Local Rule 26-3.

**1.   Estimated Time For Trial:**

Plaintiff's position: Plaintiff estimates 2-3 days.

Defendant's Position: Defendant estimates 2–3 days.

**2.   Proposed Trial Dates:**

Plaintiff's position: Plaintiff is generally available for trial in July, August or December 2016;

Defendant's Position: Defendant is generally available for trial after December 2016.

**3.   Whether trial will be eliminated or affected by substantive motions:**

No substantive motions are pending at this time. The Parties anticipate filing motions for summary judgment that may affect or eliminate the need for trial.

**4.   Request for Extension of Discovery:**

The close of discovery is currently set for May 11, 2016. The parties respectfully request an additional 45 days to continue settlement discussions and, if necessary, to schedule depositions.

///
///
///
///
///
///
///
///
///

1  The Parties propose June 27, 2016 as the new cut off.

3     DATED this 6th day of April 2016.

5     **Kazerouni Law Group, APC**

6     By: /s/ Michael Kind
7     Michael Kind, Esq.
      7854 W. Sahara Avenue
8     Las Vegas, NV 89117
9     *Attorneys for Plaintiff*

10    **Snell & Wilmer LLP**

12    By: /s/    Charles Gianelloni
      Bob L. Olson, Esq.
13    3883 Howard Hughes Parkway, Suite 1100
14    Las Vegas, NV 89169
      *Attorney for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 6, 2016, the foregoing INTERIM STATUS REPORT PURSUANT TO LOCAL RULE 26-3 was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
  Michael Kind
  7854 W. Sahara Avenue
  Las Vegas, NV 89117